Kyle O. Stephens, NV Bar No. 7928
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile:  (702) 382-1169
kstephens@lslawnv.com

James D. Crosby (CA State Bar No. 110383)
13400 Sabre Springs Parkway, Suite 200
San Diego, California   92128
Telephone: (858) 486-0085
Facsimile:  (858) 486-2838
crosby@crosbyattorney.com

Attorneys for Plaintiff United National Funding, LLC, a Nevada limited liability company.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - LAS VEGAS

| | |
|---|---|
| UNITED NATIONAL FUNDING, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JETDIRECT AVIATION, INC., a Delaware corporation, formerly known as Sentient Flight Group, LLC, CAMPBELL AIRCRAFT HOLDINGS LLC, a Delaware limited liability company, GREGORY S. CAMPBELL, an individual, JOHN BAX, an individual, and STEPHEN M. HANKIE, an individual,<br><br>　　　　　　　Defendants. | Case No.: 2:8-cv-00993 JCM-LRL<br><br>1.　NOTICE OF MOTION AND MOTION OF ATTORNEY JAMES D CROSBY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF UNITED NATIONAL FUNDING, LLC.<br><br>2.　MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Action Filed: August 1, 2008 |

TO PLAINTIFF UNITED NATIONAL FUNDING, LLC. AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Attorney James D. Crosby hereby moves for an order allowing him to withdraw as counsel of record for plaintiff United National Funding, LLC in the above-referenced action.

---

1.NOTICE OF MOTION AND MOTION OF ATTORNEY JAMES D CROSBY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF UNITED NATIONAL FUNDING, LLC. 2.MEMORANDUM OF POINTS AND AUTHORITIES

The motion is made pursuant to United States District Court, Central District of Nevada, Local Rules, Rules IA 10-6(b)(d)(e) and Nevada Rules of Professional Conduct, Rules 1.16(b)(c)(d) upon the grounds (1) that Philip Neuman, the sole member of plaintiff United National Funding, LLC, has breached an agreement and obligation to the moving party as to fees and costs in the present action, (2) that conduct of Philip Neuman, the sole member of plaintiff United National Funding, LLC, has rendered it unreasonably difficult for the moving party to carry out his representation, and (3) that serious conflicts in the moving party's representation have arisen which require withdrawal by the moving party. If necessary and required by the court, the moving party will advise the court in camera, or in such other manner so as to protect privileged communications, as to additional facts which are covered by the attorney-client confidential communication and/or attorney-client work product privileges and which support the stated grounds for the present motion.

The motion is based upon this notice of motion and motion, the memorandum of points and authorities included herein, the declaration of James D. Crosby filed herewith, the papers and pleadings on file herein and upon such other and further evidence or argument as may be presented at any hearing on the application.

## NOTICE TO CLIENT

**IN THE EVENT OF WITHDRAWAL BY THE UNDERSIGNED MOVING PARTY PER COURT ORDER UPON THIS MOTION OR UPON CONSENT, PLAINTIFF UNITED NATIONAL FUNDING, LLC WILL BE NO LONGER BE REPRESENTED BY AN ATTORNEY. PLAINTIFF UNITED NATIONAL FUNDING, LLC IS ADVISED THAT, AN AS ENTITY, IT CANNOT REPRESENT ITSELF IN THE ACTION AND MUST BE REPRESENTED BY AN ATTORNEY IN THE ACTION. IF PLAINTIFF UNITED NATIONAL FUNDING, LLC DOES NOT RETAIN A NEW ATTORNEY TO APPEAR AND REPRESENT IT IN THE ACTION IN THE EVENT OF WITHDRAWAL BY THE UNDERSIGNED MOVING PARTY PER COURT ORDER UPON THIS MOTION**

1.NOTICE OF MOTION AND MOTION OF ATTORNEY JAMES D CROSBY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF UNITED NATIONAL FUNDING, LLC. 2.MEMORANDUM OF POINTS AND AUTHORITIES

2

**OR UPON CONSENT, ITS COMPLAINT WILL ULTIMATELY BE DISMISSED, AND A DEFAULT AND DEFAULT JUDGMENT WILL BE ENTERED AGAINST IT ON ANY CROSS-COMPLAINT. PLAINTIFF UNITED NATIONAL FUNDING, LLC IS <u>STRONGLY ADVISED</u> TO RETAIN NEW COUNSEL TO REPRESENT IT IN THE ABOVE-REFERENCED ACTION.**

Date: June 1, 2010         /s/ James D. Crosby
                           Attorney for Plaintiffs Plaintiff United
                           National Funding, LLC, a Nevada limited
                           liability company.

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF ATTORNEY JAMES D CROSBY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF UNITED NATIONAL FUNDING, LLC</u>.

I.

PURSUANT TO NEVADA RULES OF PROFESSIONAL CONDUCT, RULE 1.16, UPON NOTICE TO CLIENT AND UPON ORDER OF THE COURT, AN ATTORNEY MAY WITHDRAW FROM REPRESENTATION OF A CLIENT

Nevada Rules of Professional Conduct, Rules 1.16(b)(c)(d) provide that an attorney may withdraw from an ongoing matter, upon notice and order of the court.

II.

PURSUANT TO UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF NEVADA, LOCAL RULES, RULES IA 10-6(b)(d)(e) AN ATTORNEY MAY BE ALLOWED TO WITHDRAW WITH LEAVE OF COURT UPON GOOD CAUSE OR WHERE THE WITHDRAWAL WILL NOT CAUSE DELAY IN PROSECUTION OF THE CASE TO COMPLETION.

United States District Court, Central District of Nevada, Local Rules, Rules IA 10-6(b)(d)(e) allow an attorney to withdraw with leave of court upon written notice and upon good cause <u>or</u> where withdrawal will not cause delay in prosecution of the case to

1.NOTICE OF MOTION AND MOTION OF ATTORNEY JAMES D CROSBY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF UNITED NATIONAL FUNDING, LLC. 2.MEMORANDUM OF POINTS AND AUTHORITIES

3

completion.

## III.

## AN ORDER RELIVING COUNSEL MAY BE GRANTED (1) WHERE THE CLIENT FAILS TO SUBSTANTIALLY FULFILL AN OBLIGATION AS TO THE ATTORNEYS SERVICES, AND/OR (2) WHERE CONDUCT BY THE CLIENT RENDERS IT UNREASONABLY DIFFICULT FOR THE ATTORNEY TO CARRY OUT HIS REPRESENTATION.

Nevada Rules of Professional Conduct, Rules 1.16(b)(5) allows an attorney to withdraw from representation of a client in pending litigation where that client "fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled".

Nevada Rules of Professional Conduct, Rules 1.16(b)(6) allows an attorney to withdraw from representation of a client in pending litigation where the representation has been rendered unreasonably difficult by the client."

## IV.

## AN ORDER ALLOWING JAMES D CROSBY TO WITHDRAW AS COUNSEL FOR PLAINTIFF UNITED NATIONAL FUNDING, LLC SHOULD BE ISSUED.

As set forth in the declaration of James D. Crosby filed herewith, adequate grounds exist under United States District Court, Central District of Nevada, Local Rules, Rules IA 10-6(b)(d)(e) and Nevada Rules of Professional Conduct, Rules 1.16(b)(c)(d) for issuance of a withdrawal order. Further, and as further set forth in the declaration of James D. Crosby filed herewith, serious conflicts of interest have arisen in the last several weeks which prohibit the moving party from continuing to represent plaintiff United National Funding, LLC.

1.NOTICE OF MOTION AND MOTION OF ATTORNEY JAMES D CROSBY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF UNITED NATIONAL FUNDING, LLC. 2.MEMORANDUM OF POINTS AND AUTHORITIES

4

Accordingly, the court should issue an order allowing James D. Crosby, Attorney at Law, to withdraw as counsel of record for plaintiff United National Funding, LLC in the above-entitled action.

Date: June 1, 2010                                /s/ James D. Crosby, Attorney at Law

The Motion to Withdraw is granted.  United National Funding shall file a Notice of Appearance by new counsel not later than August 13, 2010.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:     6-29-10

---

1.NOTICE OF MOTION AND MOTION OF ATTORNEY JAMES D CROSBY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF UNITED NATIONAL FUNDING, LLC. 2.MEMORANDUM OF POINTS AND AUTHORITIES

5