# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED NATIONAL FUNDING, LLC, | |
| Plaintiff, | 2:08-cv-00993-JCM-VCF |
| vs. | |
| JETDIRECT AVIATION, INC., et al., | **ORDER** |
| Defendants. | |

The Court has received Plaintiff's Motion to Extend Discovery and Pre-Trial Schedule by 120 Days; Supporting Declaration of Silvia Bolatti (#110) and Defendant Campbell Aircraft Holdings, LLC and Gregory S. Campbell's Opposition to Plaintiff's Motion to Extend Discovery and Pre-Trial Schedule by 120 Days (#112).

IT IS HEREBY ORDERED that the Reply shall be due on or before 4:00 p.m., Tuesday, March 6, 2012.

IT IS FURTHER ORDERED that a hearing is scheduled for Friday, March 9, 2012 at 11:00 a.m. in Courtroom 3B.

DATED this 2nd day of March, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE