# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED NATIONAL FUNDING, LLC, | |
| Plaintiff, | 2:08-cv-00993-JCM-VCF |
| vs. | |
| JETDIRECT AVIATION, INC., et al., | **ORDER** |
| Defendants. | |

Plaintiff United National Funding, LLC's counsel Edward Griffith, Esq. has requested a telephonic appearance for the hearing on Friday, March 9, 2012 at 3:00 p.m. Mr. Griffith has been admitted Pro Hac Vice on August 3, 2011 (#98).

IT IS HEREBY ORDERED that Mr. Griffith may appear telephonically on Friday, March 9, 2012 at 3:00 p.m. The call in number is 702-868-4911 and the passcode is 123456#. Plaintiff's local counsel, Ethan Featherstone, Esq., is required to appear in person.

DATED this 7th day of March, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE