GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Catherine A. Reichenberg, Esq.
Nevada State Bar No. 10362
John R. Funk, Esq.
Nevada State Bar No. 12372
3895 Warren Way
Reno, Nevada  89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
mgunderson@gundersonlaw.com
creichenberg@gundersonlaw.com
jfunk@gundersonlaw.com
Attorneys for Campbell Aircraft Holdings LLC
and Gregory S. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED NATIONAL FUNDING, LLC,                Case No. 2:08-CV-00993-JCM-VCF

            Plaintiff,

    vs.

JETDIRECT AVIATION, INC., et al.,

            Defendants.
                                        /

**REQUEST TO APPEAR TELEPHONICALLY**

    It is respectfully requested that CAMPBELL AIRCRAFT HOLDINGS LLC and GREGORY

S. CAMPBELL, by and through their counsel of record, John R. Funk, Esq., of Gunderson Law

Firm, be allowed to attend the hearing on Plaintiff United National Funding, LLC's

///
///
///
///
///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 WARREN WAY
RENO, NEVADA 89509
(775) 829-1222

-1-

Motion for Clarification of the Court's March 9, 2012 Discovery Rulings and to Extend Discovery and Pre-Trial Schedule by 60 Days; and Supporting Declaration of Silvia Bolatti (122) now scheduled for June 22, 2012 at 1:00 p.m. in Courtroom B, by telephone.

DATED this 14 day of June, 2012.

GUNDERSON LAW FIRM


Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Catherine A. Reichenberg, Esq.
Nevada State Bar No. 10362
John R. Funk, Esq.
Nevada State Bar No. 12372
3895 Warren Way
Reno, Nevada 89509
Attorneys for Campbell Aircraft Holdings LLC
and Gregory S. Campbell

IT IS SO ORDERED.


UNITED STATES MAGISTRATE JUDGE
DATED: _____ 6-14-2012

The call in number is 702-868-4911 and the passcode is 123456.

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 WARREN WAY
RENO, NEVADA  89509
(775) 829-1222

-2-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of Gunderson Law Firm, and on the ___14___ day of June, 2012 I e-filed the **NOTICE OF APPEARANCE** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

**Edward Griffith**     -     eg@bolattigriffith.com
**Ethan Featherstone, Esq.**     -     efeatherston@fh-lawfirm.com

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of Gunderson Law Firm, and on the ___14___ day of June, 2012 I e-filed the **NOTICE OF APPEARANCE** and a copy will be sent via U.S. Mail to the following:

Edward Griffith, Esq.
Bolatti & Griffith LLP
45 Broadway, Suite 2200
New York, New York 10006

Ethan Featherstone, Esq.
7465 W. Lake Mead Blvd, Suite 100
Las Vegas, Nevada 89128

_____
Amy Scalia

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 WARREN WAY
RENO, NEVADA 89509
(775) 829-1222