ETHAN FEATHERSTONE, ESQ.
Nevada Bar No. 11566
FEATHERSTONE & HEGJI, LLC
7465 W Lake Mead Blvd, Suite 100
Las Vegas, Nevada 89128
(702) 582-8555
(702) 582-8444 (fax)
efeatherstone@fh-lawfirm.com

Edward Griffith, Esq.
Admitted Pro Hac Vice
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(212) 363-3790 (fax)
eg@bolattigriffith.com
Attorneys for Plaintiff United National Funding, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| UNITED NATIONAL FUNDING, LLC, A Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JETDIRECT AVIATION, INC., et al.,<br><br>Defendants, | Case no.: 2:08-CV-00993-JCM-VCF<br><br>Granting<br>**ORDER ~~GRANDTING~~ MOTION FOR LEAVE TO APPEAR TELEPHONICALLY** |

Order

Upon consideration of the Motion For Leave to Appear Telephonically and finding good cause,

IT IS HEREBY ORDERED that Plaintiff's Motion to Appear Telephonically is granted. Attorney Edward Griffith shall be granted leave to appear by telephone for the hearing on Plaintiff's Motion for Clarification of the Court's March 9, 2012 Discovery Rulings and to Extend Discovery and Pre-Trial Schedule by 60 Days; and Supporting Declaration of Silvia Bolatti scheduled for June 22 at 1 pm.

Submitted on 6/15/2012

By /s/ Edward Griffith
Edward Griffith, Esq.
Admitted Pro Hac Vice
45 Broadway, Suite 2200
New York, New York 10006

## **ORDER**

IT IS HEREBY ORDERED that the Motion for Leave to Appear Telephonically (#131) is Granted.  The call in number is 1-702-868-4911 and the passcode is 123456.
Dated: 6-15-2012

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2
Order