UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL FUNDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JETDIRECT AVIATION, INC., et al.,<br><br>Defendants. | 2:08-CV-993 JCM (VCF) |

**ORDER**

Presently before the court is the matter of *United National Funding, LLC v. Sentient Flight Group, LLC*, case no. 2:08-cv-00993-JCM-VCF.

On June 21, 2013, this court issued a minute order directing the parties to file a supplement detailing, *inter alia*, the status of defendant JetDirect's bankruptcy proceedings. (Doc. # 138). In response, plaintiff United National Funding and defendants Campbell Aircraft Holdings and Gregory Campbell filed a stipulation dismissing all claims between those parties. (Doc. # 139). That stipulation was granted, leaving only those claims between United National Funding and JetDirect. (Doc. # 141). JetDirect did not respond to the court's minute order.

After waiting another seven months without any further activity on the docket, the court issued a minute order on February 11, 2014, setting a status check for February 26, 2014. (Doc. # 145). At the hearing, only counsel for the since-dismissed Campbell defendants appeared.

In response, the court issued a minute order on February 28, 2014, directing United National Funding and JetDirect to show cause in writing within ten (10) days of that order detailing why the case should not be dismissed. The parties have failed to comply with that order.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the matter of *United
3  National Funding v. Sentient Flight Group*, case no. 2:08-cv-993-JCM-VCF be, and the same hereby
4  is, DISMISSED without prejudice to be re-filed pending the outcome of the underlying bankruptcy
5  proceedings. The clerk shall enter judgment accordingly and close the case.

6      DATED March 17, 2014.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -